BEFORE THE THIRD DIVISION, APRIL 11, 1963

No. 67595.—Otagiri Mercantile Co., Inc., and Hoyt, Shepston & Sciaroni et al. v. United States, protests 62/2007, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 15, 1963

No. 67596.—Border Brokerage Co. v. United States, protest 59/9024 (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of propane, butane, and similar gases the same as those the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.

No. 67597.—Hurricane Import Co. and Frank P. Dow Co., Inc. v. United States, protest 62/19869 (Seattle).

Opinion by WILSON, J. An examination of the official papers indicating that the protest was filed more than 60 days after liquidation, it was dismissed as untimely by virtue of section 514, Tariff Act of 1930.